The People of the State of Illinois ex rel. Oscar Nelson, complainant, v. Citizens Trust & Savings Bank et al., defendants.

Appeal of Oliver F. Smith and Ossian Cameron, appellants, v. Erwin J. Zuehls, receiver of Citizens Trust and Savings Bank, appellee. Gen. No. 36,618.

Opinion filed July 5, 1933.

A. W. Martin and Edward H. S. Martin, for appellants. Edward J. Hess, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

The People of the State of Illinois ex rel. Oscar Nelson, complainant, v. Citizens Trust and Savings Bank, defendants.

Ossian Cameron, appellant, v. Erwin J. Zuehls, receiver of Citizens Trust and Savings Bank, appellee. Gen. No. 36,619.

Opinion filed July 5, 1933.

A. W. Martin and Edward H. S. Martin, for appellants. Edward J. Hess, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

John A. Sand, appellee, v. Henry Anderson, appellant. Gen. No. 36,683.

Opinion filed July 5, 1933.

John E. Wilson, for appellant. Bernard F. Martin, for appellee; Mark H. Ellis, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Polar Fluid Company, appellee, v. Coombs Funeral Home, Inc., trading as Coombs-McCready, appellant. Gen. No. 36,721.

Opinion filed July 5, 1933.

Russell, Murphy & Quigley, for appellant; Walter W. Pearson and Edward Contorer, of counsel. Harry S. Greenstein, for appellee; Harry F. Brewer, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.